# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| **v.** } | **Case No.:  5:13-CR-512-RDP** |
| } | |
| **TRAVIS ROBERT HERRIGES,** } | |
| } | |
| **Defendant.** } | |

## ORDER

This case is before the court on Defendant's *pro se* Motion to Terminate Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1) filed February 2, 2021. (Doc. # 25).  After a discussion with Defendant's supervising U.S. Probation Officer, and acknowledging that Defendant is compliant with all of his supervised release conditions, taking into account his criminal history and the circumstances of his instant offense, Defendant's motion (Doc. # 25) for early termination is **DENIED**. Defendant is encouraged to work with his Probation Officer on a plan to help him succeed in accomplishing his employment goals.

**DONE** and **ORDERED** this February 8, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE