# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| | } |
| **v.** | }  Case No.:  **5:13-CR-512-RDP** |
| | } |
| **TRAVIS ROBERT HERRIGES,** | } |
| | } |
| Defendant. | } |

## ORDER

This case is before the court on Defendant's *pro se* Second Motion to Terminate Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1) filed May 26, 2021. (Doc. # 27).  The court has discussed the motion with Defendant's supervising U.S. Probation Officer, and understands that Defendant remains compliant with all of his supervised release conditions. But, taking into account the basis for the Motion, Defendant's criminal history, and the circumstances of his offense, Defendant's motion (Doc. # 27) for early termination is **DENIED**.  Defendant is again encouraged to work with his Probation Officer on a plan to help him succeed in accomplishing his employment goals.

**DONE** and **ORDERED** this June 7, 2021.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE